# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**HAROLD K. KEATHLEY**
**and ROBBIE L. KEATHLEY**                                                                   **PLAINTIFFS**

**v.**                                   **CASE NO. 4:10cv00526 BSM**

**STEVEN L. YEAGER, LLC**
**and XTO ENERGY, INC.**                                                                      **DEFENDANTS**

## ORDER

The parties are directed to submit to a settlement conference before a private mediator of their choosing. Upon conclusion of the settlement conference, the parties will report the outcome to the court.

IT IS SO ORDERED this 24th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE